IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

2009 MAR -5 P 2: 28

UNITED STATES OF AMERICA

v.                              Case No: 2:09-cr-54

                                21 U.S.C. §841(a)(1)
                                21 U.S.C. §841(b)(1)(B)(vii)
(1) DANIEL VANCE WALLS,         21 U.S.C. §846
    aka Fly,                    18 U.S.C. §2
(2) MARK L. MAY,
(3) JOSE GUADALUPE CANEZ,       Judge Frost
    aka Lupe,
(4) RAYMUNDO CARRANZA


**I N D I C T M E N T**

**THE GRAND JURY CHARGES:**

**COUNT 1**

Beginning in late 1997 or early 1998, through on or about March 26, 2008, the exact dates being unknown to the Grand Jury, in the Southern District of Ohio and elsewhere, the defendant, **DANIEL VANCE WALLS, aka Fly,** did knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown to the Grand Jury, to unlawfully distribute and possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §841(a)(1) and 21 U.S.C. §841(b)(1)(B)(vii).

1

It was part of the conspiracy that the defendant, **DANIEL VANCE WALLS**, and co-conspirators, both known and unknown to the Grand Jury, would obtain quantities of marijuana from several different sources of supply throughout the course of this conspiracy, which, they would, in turn, distribute to his customer base in southern Ohio.

It was further part of the conspiracy that the defendant, **DANIEL VANCE WALLS,** and co-conspirators, both known and unknown to the Grand Jury, would recruit couriers to transport loads of marijuana to Ohio for further distribution.

It was further part of the conspiracy that the defendant, **DANIEL VANCE WALLS**, and co-conspirators, both known and unknown, would obtain substantial quantities of U.S. currency as a result of their marijuana distribution activities, which they utilized to further their marijuana business, invest in other business ventures and to sustain their own lifestyles.

In violation of 21 U.S.C. §846.

## COUNT 2

On or about October 17, 2004, the exact dates being unknown to the Grand Jury, in the Southern District of Ohio and elsewhere, defendants, **DANIEL VANCE WALLS, aka Fly, MARK L. MAY, JOSE GUADALUPE CANEZ, aka Lupe, and RAYMUNDO CARRANZA,** did knowingly and intentionally unlawfully attempt to possess with intent to distribute over 100 kilograms of marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. §841(a)(1), 21 U.S.C. §841(b)(1)(B)(vii), 21 U.S.C. §846 and 18 U.S.C. §2.

A True Bill.

S/Foreperson
FOREPERSON

ROBERT BRICHLER
Chief,
Organized Crime Drug Enforcement
    Task Force

3