AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America <br> v. <br> Daniel Vance Walls | Case No: 2:09-cr-054 (1) <br> USM No: 67901-061 |
| Date of Original Judgment: 07/01/2010 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | Gordon Hobson, Esq. <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  **110**  months **is reduced to**  **97 months on Counts 1 & 2** .

*(Complete Parts I and II of Page 2 when motion is granted)*     **to be served concurrently**

Except as otherwise provided, all provisions of the judgment dated  **07/01/2010**  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  4/22/15

*Judge's signature*

Effective Date:  11/01/2015
*(if different from order date)*

Gregory L. Frost, U.S. District Judge
*Printed name and title*